JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSICAH LOUISE COWAN,<br>　　　　　　　Petitioner,<br>　　　　v.<br>MOLLY HILL, Warden,<br>　　　　　　　Respondent. | Case No. EDCV 19-2241-VBF (KK)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is DENIED and this action is DISMISSED with prejudice.

Dated: July 15, 2020

　　　　　　　　　　　　　　　　　　　_Valerie Baker Fairbank_
　　　　　　　　　　　　　　　　　　　HON. VALERIE BAKER FAIRBANK
　　　　　　　　　　　　　　　　　　　United States District Judge